IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| GRADY WARREN ROY | § |
| | § |
| VS. | §   CIVIL ACTION NO. G-06-454 |
| | § |
| UNIVERSITY OF TEXAS | § |
| MEDICAL BRANCH, ET AL. | § |

## **FINAL JUDGMENT**

For the reasons stated in this Court's Order of Dismissal entered this date, it is **ORDERED** and **ADJUDGED** that the Plaintiff's Original Petition" filed by Grady Warren Roy on July 12, 2006, is hereby **DISMISSED**, **without prejudice, for failing to accomplish service of the summons and complaint within the allotted 120 days.**

This is a **FINAL JUDGMENT.**

  **DONE** at Galveston, Texas this 12th day of January, 2007.

_____

Samuel B. Kent
United States District Judge